# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BENSEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. HERNANDEZ, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:07-CV-1115-LJO DLB-P<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DAMAGES<br><br>(Doc. 7) |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On August 20, 2007, defendants filed a motion to dismiss. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition. Local Rule 78-230(m).

　　　　<u>Plaintiff is required to respond to defendants' motion within **twenty (20) days** from the date of service of this order by filing an opposition or a statement of non-opposition. If plaintiff fails to file a response to defendants' motion, the Court will recommend that this action be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.</u>

　　　　IT IS SO ORDERED.

　　　　Dated:　**January 8, 2008**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1